STATE of Missouri, Plaintiff/Respondent,

v.

Julius NICKERSON,
Defendant/Appellant.

Julius NICKERSON, Movant,

v.

STATE of Missouri, Respondent.

Nos. 64861, 67202.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 21, 1995.

Robert E. Steele, Jr., Office of the State Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

### ORDER

PER CURIAM.

This is an appeal of judgments for attempted rape, assault in the first degree, burglary in the first degree and two counts of armed criminal action. Defendant alleges the trial court erred in admitting the out-of-court identification into evidence because the procedures were impermissibly suggestive and also argues the trial court erred in denying his Rule 29.15 motion of ineffective assistance of counsel. We have carefully considered the evidence and the record and find no error. Therefore, an extended opinion would be of no jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b) and Rule 30.25(b). The parties have been furnished with a memorandum setting forth the reasons for this order.

Martha Fern MILLER, Respondent–
Petitioner,

v.

Herbert F. MILLER, Appellant–
Respondent.

No. 67528.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 21, 1995.

Keith M. Bail, Thomas M. Schneider, Jones, Schneider & Bartlett, Columbia, for appellant.

Daniel W. Deiter, Montgomery City, for respondent.

Before REINHARD, P.J., and AHRENS and RHODES, JJ.

### ORDER

PER CURIAM.

Herbert Miller (husband) and Martha Fern Miller (wife) were married on March 16, 1991 in Callaway County, Missouri. They separated on or about August 21, 1993. On September 3, 1993, wife filed a petition for dissolution of marriage. A decree of dissolution was entered on December 9, 1994 paralleling a division of property made by the parties. Husband appeals the trial court's division of marital property.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).